**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Hardy Industrial Technologies, Inc.,** | ) | **CASE NO. 1:12 CV 3097** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **BJB, LLC, d/b/a AgriTrading,** | ) | <u>**Entry of Dismissal**</u> |
| | ) | |
| **Defendant.** | ) | |

This Court, having GRANTED defendant's Motion for Reconsideration of the Court's March 25 Order Staying Arbitration of Disputes Arising Under the 2012 Sales Contract (Doc. 15), hereby DISMISSES this action.

IT IS SO ORDERED.


                                                      /s/Patricia A. Gaughan
                                                      PATRICIA A. GAUGHAN
Date:   6/20/13                    United States District Judge

1